# EXHIBIT A

US00D726246S

(12) **United States Design Patent** (10) Patent No.: **US D726,246 S**
Shalon (45) Date of Patent: ** **Apr. 7, 2015**

(54) **BRIDGE FOR PINCE NEZ EYEWEAR**

(71) Applicant: **Tadmor Shalon**, Palo Alto, CA (US)

(72) Inventor: **Tadmor Shalon**, Palo Alto, CA (US)

(73) Assignee: **Thinoptics, Inc.**, Palo Alto, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/474,044**

(22) Filed: **May 23, 2013**

(51) LOC (10) Cl. ............................................... **16-06**
(52) U.S. Cl.
USPC ...................... **D16/332**; D16/300; D16/303
(58) Field of Classification Search
CPC ............................. G02C 2200/08; G02C 1/06
USPC ........ D16/101, 300–342, 900; D29/109–110;
351/41, 44, 51–52, 62, 158, 92,
351/103–123, 140–153, 63, 59, 45–46;
2/426–432, 447–449, 441, 434–437,
2/13, 15; D21/483, 659–661; D14/372
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 261,799 A | * | 7/1882 | Woodward | ....................... 351/64 |
| 380,491 A | | 4/1888 | Kahn | |
| 470,029 A | | 3/1892 | Wood | |
| 529,988 A | | 11/1894 | Wood | |
| 585,619 A | | 6/1897 | Cottet, Jr. | |
| 677,996 A | | 7/1901 | Kleinert | |
| 1,017,579 A | | 2/1912 | Nicol | |
| 1,919,938 A | | 7/1933 | Fielding | |
| 1,931,634 A | | 10/1933 | Tanasso et al. | |
| 2,004,445 A | | 6/1935 | Meyer | |
| 2,023,469 A | | 12/1935 | Grier | |
| 2,036,591 A | * | 4/1936 | Marciano | ....................... 351/64 |
| 2,047,646 A | | 7/1936 | Nerney | |
| 2,061,411 A | * | 11/1936 | Tanasso et al. | ................. 351/64 |
| 2,234,729 A | | 3/1941 | Montalvo-Guenard | |
| 2,478,921 A | | 8/1949 | Hansen | |
| D209,016 S | * | 10/1967 | Weissman | .................... D16/315 |
| 4,840,476 A | | 6/1989 | Rooney | |
| 4,896,955 A | | 1/1990 | Zider et al. | |
| 4,924,245 A | | 5/1990 | Dianitsch | |
| 5,015,087 A | | 5/1991 | Baratelli | |
| D322,262 S | * | 12/1991 | Manus | ......................... D16/315 |
| 5,369,451 A | | 11/1994 | Tamagawa | |
| 5,646,707 A | | 7/1997 | Arnette | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4407313 A1 | 9/1995 |
| EP | 2016457 B1 | 6/2011 |
| WO | WO2010/086650 A1 | 8/2010 |

OTHER PUBLICATIONS

Pince-Nez; www.en.wikipedia.org/wiki/Pince-nez; pp. 1-4; printed Sep. 20, 2013.

(Continued)

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Shay Glenn LLP

(57) **CLAIM**

I claim the ornamental design of a bridge for pince nez eyewear, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the bridge for pince nez eyewear;
FIG. **2** is a front view thereof;
FIG. **3** is a back view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a left view thereof; and,
FIG. **7** is a right view thereof.
The broken lines shown in FIGS. **1-7** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,748,280 A | | 5/1998 | Herman |
| D418,857 S | * | 1/2000 | Paulsen et al. ............... D16/326 |
| 6,017,119 A | | 1/2000 | Huang |
| 6,158,860 A | | 12/2000 | Huang |
| D436,613 S | * | 1/2001 | Chao ........................... D16/315 |
| 6,264,326 B1 | | 7/2001 | Hyoi |
| D446,237 S | * | 8/2001 | Koevari ....................... D16/327 |
| D451,119 S | * | 11/2001 | Koevari ....................... D16/315 |
| 6,371,614 B1 | | 4/2002 | Herman |
| 6,773,106 B2 | | 8/2004 | Herman |
| 7,117,990 B2 | | 10/2006 | Sharif |
| 7,452,070 B2 | | 11/2008 | Oskarsson |
| D585,471 S | * | 1/2009 | Thompson ................... D16/302 |
| 7,484,843 B1 | | 2/2009 | Lin |
| 7,748,843 B2 | | 7/2010 | Stewart |
| 2001/0055093 A1 | | 12/2001 | Saitoh et al. |
| 2003/0025871 A1 | | 2/2003 | Masunaga |
| 2009/0051868 A1 | | 2/2009 | Kwan |
| 2009/0310080 A1 | | 12/2009 | Dellapina |
| 2012/0140163 A1 | | 6/2012 | Hogan |
| 2012/0218506 A1 | | 8/2012 | Perez |
| 2013/0258269 A1 | | 10/2013 | Shalon |

OTHER PUBLICATIONS

Shalon, Tadmor; U.S. Appl. No. 14/284,879 entitled "Universal Eyewear," filed May 22, 2014.
Shalon, Tadmor; Design U.S. Appl. No. 29/474,045 entitled "Eyewear Case," filed May 23, 2013.

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5

**U.S. Patent**  Apr. 7, 2015  Sheet 6 of 6  US D726,246 S



FIG. 7

FIG. 6