# EXHIBIT B



US00D726413S

| (12) | United States Design Patent | (10) Patent No.: | US D726,413 S |
|---|---|---|---|
| | Shalon | (45) Date of Patent: ** | Apr. 14, 2015 |

(54) **EYEWEAR CASE**

(71) Applicant: **Tadmor Shalon**, Palo Alto, CA (US)

(72) Inventor: **Tadmor Shalon**, Palo Alto, CA (US)

(73) Assignee: **Thinoptics, Inc.**, Palo Alto, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/474,045**

(22) Filed: **May 23, 2013**

(51) **LOC (10) Cl.** .............................................. **03-01**

(52) **U.S. Cl.**
  USPC .......................................... **D3/265**; D3/266

(58) **Field of Classification Search**
  CPC ............ A45C 11/04; A47F 7/02; A47F 7/021
  USPC .......... D3/207, 215, 219, 229, 263–268, 301,
    D3/201, 218, 249, 269, 303; D12/417;
    D16/330, 339; 24/3.3, 3.7, 3.8; 206/5,
    206/5.1, 6; 248/902; 351/112, 155;
    D14/250
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 380,491 A | 4/1888 | Kahn | |
| 470,029 A | 3/1892 | Wood | |
| 529,988 A | 11/1894 | Wood | |
| 585,619 A | 6/1897 | Cottet, Jr. | |
| 677,996 A | 7/1901 | Kleinert | |
| 1,017,579 A | 2/1912 | Nicol | |
| 1,919,938 A | 7/1933 | Fielding | |
| 1,931,634 A | 10/1933 | Tanasso et al. | |
| 2,004,445 A | 6/1935 | Meyer | |
| 2,023,469 A | 12/1935 | Grier | |
| 2,047,646 A | 7/1936 | Nerney | |
| 2,234,729 A | 3/1941 | Montalvo-Guenard | |
| 2,478,921 A | 8/1949 | Hansen | |
| D220,597 S * | 4/1971 | Dawson | D6/407 |
| D247,111 S * | 1/1978 | Olivan | D12/422 |
| D289,122 S * | 4/1987 | Meyer et al. | D6/573 |
| 4,840,476 A | 6/1989 | Rooney | |
| D305,478 S * | 1/1990 | Lahm et al. | D3/264 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4407313 A1 | 9/1995 |
| EP | 2016457 B1 | 6/2011 |
| WO | WO2010/086650 A1 | 8/2010 |

OTHER PUBLICATIONS

Pince-Nez; www.en.wikipedia.org/wiki/Pince-nez; pp. 1-4; printed Sep. 20, 2013.

(Continued)

*Primary Examiner* — T. Chase Nelson
(74) *Attorney, Agent, or Firm* — Shay Glenn LLP

(57) **CLAIM**

The ornamental design for an eyewear case, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the eyewear case attached to a smart phone case with smartphone;
FIG. **2** is a perspective view of the eyewear case with eyewear partially inserted into said case;
FIG. **3** is a perspective view of the eyewear case attached to a smart phone case without the smartphone;
FIG. **4** is a front view thereof;
FIG. **5** is a back view thereof
FIG. **6** is a left view thereof; and
FIG. **7** is a right view thereof.
FIG. **8** is a top view thereof; and,
FIG. **9** is a bottom view thereof.
The broken line depiction of a smart phone case, a smartphone, and eyewear depicts environmental structure associated with the eyewear case in a condition of use. The broken lines and environmental structure they depict form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**




## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,896,955 A | | 1/1990 | Zider et al. |
| 4,924,245 A | | 5/1990 | Dianitsch |
| 5,015,087 A | | 5/1991 | Baratelli |
| D318,949 S | * | 8/1991 | Mawhinney et al. ......... D12/422 |
| D330,456 S | * | 10/1992 | Lehman ........................ D6/631 |
| D343,402 S | * | 1/1994 | Scoppettone ................. D3/266 |
| 5,369,451 A | | 11/1994 | Tamagawa |
| D363,603 S | * | 10/1995 | Leveen et al. ................. D3/303 |
| D371,679 S | * | 7/1996 | Nejman ........................ D3/265 |
| D379,558 S | * | 6/1997 | Mischenko et al. ........... D3/215 |
| 5,646,707 A | | 7/1997 | Arnette |
| 5,748,280 A | | 5/1998 | Herman |
| D407,591 S | * | 4/1999 | Bolognia et al. .............. D6/627 |
| 6,017,119 A | | 1/2000 | Huang |
| D421,526 S | * | 3/2000 | Isaacson ........................ D3/303 |
| D435,340 S | * | 12/2000 | Kojoori ........................ D3/250 |
| 6,158,860 A | | 12/2000 | Huang |
| D438,904 S | * | 3/2001 | Reynolds ...................... D19/90 |
| 6,264,326 B1 | | 7/2001 | Hyoi |
| 6,371,614 B1 | | 4/2002 | Herman |
| 6,773,106 B2 | | 8/2004 | Herman |
| 6,814,226 B2 | * | 11/2004 | Chao ................................ 206/5 |
| D503,087 S | * | 3/2005 | Dzwill et al. ................. D9/416 |
| D507,871 S | * | 8/2005 | DiMarchi et al. ............. D3/215 |
| D515,805 S | * | 2/2006 | Jones ............................. D3/215 |
| D518,636 S | * | 4/2006 | Sievers ......................... D3/301 |
| D527,891 S | * | 9/2006 | Hoeksema .................... D3/207 |
| 7,117,990 B2 | | 10/2006 | Sharif |
| 7,452,070 B2 | | 11/2008 | Oskarsson |
| 7,484,843 B1 | | 2/2009 | Lin |
| 7,748,843 B2 | | 7/2010 | Stewart |
| D631,246 S | * | 1/2011 | Boettner ........................ D3/218 |
| D651,799 S | * | 1/2012 | Dial ............................... D3/301 |
| D653,656 S | * | 2/2012 | Charnas et al. ............... D14/250 |
| D669,082 S | * | 10/2012 | Sato .............................. D14/425 |
| D684,367 S | * | 6/2013 | Phillips et al. ................ D3/301 |
| D687,376 S | * | 8/2013 | Farris-Gilbert et al. ..... D13/108 |
| D692,236 S | * | 10/2013 | Ashkenazy .................... D3/289 |
| D703,198 S | * | 4/2014 | Simmer ........................ D14/250 |
| D703,722 S | * | 4/2014 | Kim et al. .................... D16/237 |
| D713,145 S | * | 9/2014 | Fathollahi ..................... D3/303 |
| D714,058 S | * | 9/2014 | Owen ............................ D3/303 |
| D714,550 S | * | 10/2014 | Yoo ............................... D3/269 |
| D715,052 S | * | 10/2014 | Fair ............................... D3/301 |
| D716,045 S | * | 10/2014 | Requa ........................... D3/249 |
| D716,049 S | * | 10/2014 | Fair ............................... D3/303 |
| D719,950 S | * | 12/2014 | Smith et al. .................. D14/250 |
| D721,493 S | * | 1/2015 | Godshaw et al. ............. D3/301 |
| 2001/0055093 A1 | | 12/2001 | Saitoh et al. |
| 2003/0025871 A1 | | 2/2003 | Masunaga |
| 2009/0051868 A1 | | 2/2009 | Kwan |
| 2009/0310080 A1 | | 12/2009 | Dellapina |
| 2012/0140163 A1 | | 6/2012 | Hogan |
| 2012/0218506 A1 | | 8/2012 | Perez |
| 2013/0258269 A1 | | 10/2013 | Shalon |
| 2014/0251839 A1 | * | 9/2014 | Shalon ............................. 206/5 |
| 2014/0360898 A1 | * | 12/2014 | Kantor et al. ................. 206/216 |

### OTHER PUBLICATIONS

Shalon, Tadmor; U.S. Appl. No. 14/284,879 entitled "Universal Eyewear," filed May 22, 2014.
Shalon, Tadmor; Design U.S. Appl. No. 29/474,044 entitled "Pince Nez Eyewear," filed May 23, 2013.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 9